UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDRIC CHARLES JORDAN, ) | Criminal No.  02-CR-1714-L-5 |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

      On February 29, 2008, Petitioner Edric Charles Jordan ("Petitioner"), originally proceeding *pro se*, filed an untimely motion for relief of sentence pursuant to 18 U.S.C. § 3582(c)(2). The Respondent filed a responsive memorandum on March 18, 2008. On April 30, 2008, Petitioner, with the assistance of counsel, filed a timely motion for relief of sentence pursuant to 18 U.S.C. § 3582(c)(2). Petitioner's motion was based upon retroactive amendments to the Federal Sentencing Guidelines pertaining to crack cocaine offenses which became effective March 3, 2008. Respondent filed an updated response and opposition, and Petitioner filed a reply. The Court, after reviewing the record, the submissions of the parties, and the supporting exhibits, denied Petitioner's motion on August 20, 2008. On August 27, 2008, Petitioner timely appealed to the Ninth Circuit. On September 4, 2008, Petitioner then filed a Motion for Reconsideration in the district court concerning the Court's Order dated August 20, 2008.

1       The filing of a valid notice of appeal divests the district court of jurisdiction to alter, amend or modify the order or judgment challenged in the appeal. *See Pope v. Sav. Bank of Puget Sound*, 850 F.2d 1345, 1347 (9th Cir. 1988). Therefore, Petitioner's Motion for Reconsideration is **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED.**

DATED: September 8, 2008

                                         M. James Lorenz
                                         United States District Court Judge